```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     TEXARKANA DIVISION
```

PRESTON ROBERSON                                          PLAINTIFF

v.                      Case No. 4:10-CV-04038

KIM CULP, jail administrator,
Sevier County Jail; and SHERIFF
MONTE STRINGFELLOW                                       DEFENDANTS

# **O R D E R**

On this 3rd day of May 2011, there comes on for consideration the Report and Recommendation (Doc. 11) filed in this case on April 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED this 3rd day of May 2011.

                                   */s/ Paul K. Holmes III*
                                   **Paul K. Holmes III**
                                   **United States District Judge**